1  ROBERT A. HUDDLESTON, ESQ., SBN 83662
   JOAN E. PRESKY, ESQ., SBN 144272
2  **HUDDLESTON LAW GROUP**
   500 Ygnacio Valley Road, Suite 300
3  Walnut Creek, CA 94596
   Telephone:    (925) 947-0100
4  Facsimile:    (925) 947-0111

5  Attorneys for Plaintiff
   F. RODGERS CORPORATION, a California Corporation
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA FOR THE    )    **CASE NO. 3:08-cv-02676 MHP**
    USE AND BENEFIT OF F. RODGERS       )
12  CORPORATION, a California Corporation )    **STIPULATION RE STAY OF**
                                         )    **PROCEEDINGS AND [PROPOSED]**
13                    Plaintiff,         )    **ORDER**
                                         )
14       v.                             )
                                         )
15  WESTERN SURETY COMPANY,              )
                                         )
16                    Defendant.         )
    _____)

17

18       Use-plaintiff F. RODGERS CORPORATION, a California Corporation, and defendant

19  WESTERN SURETY COMPANY, through their respective counsel, hereby stipulate as follows:

20       WHEREAS, on or about May 28, 2008, plaintiff filed the instant action in the United States

21  District Court, Northern District of California;

22       WHEREAS, on or about April 9, 2008, in accordance with the provisions of a written

23  contract between plaintiff and Taber Construction, Inc., plaintiff submitted a Demand for Arbitration

24  to the American Arbitration Association;

25       WHEREAS, the outcome of the arbitration will affect the rights of the parties in the present

26  action;

27       WHEREAS, the parties desire to avoid unnecessary expense, duplication of effort and waste

28  of judicial resources:

                                    1
    _____

1    NOW THEREFORE, use-plaintiff F. RODGERS CORPORATION, a California

2  Corporation, and defendant WESTERN SURETY COMPANY stipulate and agree as follows:

3         1        The present action shall be stayed pending completion of the American Arbitration

4  Association Case No. 74 110 Y 00381 08 WYGI, F. Rodgers Corporation v. Taber Construction, Inc.

5  DATED: ____6-18-08____                         HUDDLESTON LAW GROUP

6

7                                                  By _____

8                                                     JOANE PRESKY, ESQ.
                                                      Attorneys for Plaintiff F. RODGERS
9                                                     CORPORATION

10

11
   DATED: ____6-17-08____                         McINERNEY & DILLON
12

13

14                                                 By _____
                                                      WILLIAM H. McINERNEY, JR., ESQ.
15                                                    Attorneys for Defendant WESTERN SURETY
                                                      COMPANY
16

17
   IT IS SO ORDERED
18

19
   DATED: ___6/19/2008___                          JUDGE _____ COURT
20

21

22

23

24

25

26

27

28

                                                2

STIPULATION RE STAY OF PROCEEDINGS AND [PROPOSED] ORDER
C:\Documents and Settings\All Users\Documents\9104\Pld\Stip.Stay.wpd/mh

HUDDLESTON LAW GROUP
500 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 947-0100
Fax: (925) 947-0111

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATION OF SERVICE BY MAIL

I declare that I am employed in the County of Contra Costa, California. I am over the age of 18 years, and not a party to the within cause; my business address is the Huddleston Law Group, 500 Ygnacio Valley Road, Suite 300, Walnut Creek, California 94596.

On June 18, 2008, I served the following document(s):

### STIPULATION RE STAY OF PROCEEDINGS AND [PROPOSED] ORDER

by placing a true and copy thereof enclosed in a sealed envelope, postage fully prepaid in the ordinary course of business, for collection and mailing that same day at the Huddleston Law Group, 500 Ygnacio Valley Road, Suite 300, Walnut Creek, California, addressed as follows:

William H. McInerney, Jr.                    **Attorney for Respondent**
**McINERNEY & DILLON**                        **WESTERN SURETY COMPANY**
1999 Harrison Street, Suite 1700
Oakland, CA 94612-4700
Tel:    (510) 465-1700
Fax:    (510) 465-8556

I declare that I am readily familiar with the business practice of the Huddleston Law Group for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Proof of Service by Mail was executed on June 18, 2008, at Walnut Creek, California.

_____
MICHELE HINTON