# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA FOR THE BENEFIT OF F. RODGERS CORPORATION,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>WESTERN SURETY COMPANY,<br><br>　　　　　Defendant(s). | No. C 08-02676 MHP<br><br>**ORDER** |

　　　This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

　　　Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 6/19/08

MARILYN HALL PATEL
United States District Judge