1  ROBERT A. HUDDLESTON, ESQ., SBN 83662
   JOAN E. PRESKY, ESQ., SBN 144272
2  **LAW OFFICE OF ROBERT A. HUDDLESTON**
   500 Ygnacio Valley Road, Suite 300
3  Walnut Creek, CA 94596
   Telephone:   (925) 947-0100
4  Facsimile:    (925) 947-0111

5  Attorneys for Plaintiff
   F. RODGERS CORPORATION, a California Corporation
6

**FILED**

JAN 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8                    UNITED STATED DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA FOR THE   )   **CASE NO. 3:08-cv-02676 MHP**
    USE AND BENEFIT OF F. RODGERS      )
12  CORPORATION, a California Corporation )   **STIPULATION FOR DISMISSAL WITH**
                                       )   **PREJUDICE AND ORDER**
13            Plaintiff,               )
                                       )
14       v.                            )
                                       )
15  WESTERN SURETY COMPANY,            )
                                       )
16            Defendant.               )
    _____)

17

18  /////
19  /////
20  /////
21  /////
22  /////
23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

1
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER
C:\Documents and Settings\All Users\Documents\9104\Pld\Dismissal.wpd/mh

Use-plaintiff F. RODGERS CORPORATION, a California corporation, and defendant WESTERN SURETY COMPANY, through their respective counsel, hereby stipulate that this action may be dismissed with prejudice.

DATED: 12/10/08

**HUDDLESTON LAW GROUP**

By _____
ROBERT A. HUDDLESTON, ESQ.
Attorneys for Plaintiff F. RODGERS CORPORATION

DATED: 12-11-08

**McINERNEY & DILLON**

By _____
WILLIAM H. McINERNEY, JR., ESQ.
Attorneys for Defendant WESTERN SURETY COMPANY

IT IS SO ORDERED

DATED: 1/15/09

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE